AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP 2 3 2016

**SOUTHERN** DISTRICT OF **TEXAS**

David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Eladio Rivera-Robles

## CRIMINAL COMPLAINT

Case Number: M-16-1780-M

IAE   YOB: 1985
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 19, 2016** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Eladio Rivera-Robles was encountered by Border Patrol Agents near Sullivan City, Texas on September 19, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 19, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 26, 2016, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 9, 2016, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to ninety-three (93) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

September 23, 2016    4:20 pm

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Julio C. Peña    Senior Patrol Agent

Signature of Judicial Officer